# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

TERRY TRIPLET                                                                                           PLAINTIFF

v.                                        No. 4:08CV04074 JLH

NORTHWEST AIRLINES, INC.; LITTLE ROCK
MUNICIPAL AIRPORT COMMISSION; and
CITY OF LITTLE ROCK, ARKANSAS                                                  DEFENDANTS

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Without objection, plaintiff's motion to dismiss is GRANTED. Document #29. Northwest Airlines and the Little Rock Municipal Airport Commission reserve their right to require a costs bond in the event this matter is re-filed. Each party will bear its own fees and costs. This action is hereby dismissed without prejudice.

IT IS SO ORDERED this 26th day of June, 2009.

                                                                                   _____
                                                                                   J. LEON HOLMES
                                                                                   UNITED STATES DISTRICT JUDGE